IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Zuri S. Young

      Plaintiff,           No. CIV S-03-2644 LKK CMK P

    vs.

Stratton, et al.,

      Defendants.

_____/    <u>ORDER</u>

        On June 6, 2005, plaintiff filed a "Notice of Motion. To Non-compliance by the Defendants; Request for Docket Entry of All Events."   In his motion, plaintiff requested sanctions against the defendants for "non-compliance, obstruction and failures to comply with the court's [discovery] order of August 9, 2004."   Although both parties have filed status reports, and the court issued a discovery order, no scheduling order has been issued.

        Plaintiff alleges that he timely served the defendants' counsel with a letter which requested discovery documents and proposed a date for depositions.  Plaintiff seems to allege that defendants have not responded to his discovery requests.   He also states that he has filed a "motion for discovery, injunctive relief, status report of the case, summary judgment and default judgment."  A review of the docket reveals that plaintiff did filed a motion on November 12, 2004, in which he sought to compel discovery that he allegedly had requested from defendants.

1  Plaintiff has not filed motions for injunctive relief, summary judgment or default judgment,
2  although he did state in the "relief" section of his complaint that he sought injunctive relief and
3  summary judgment.  Plaintiff has not, in his current motion for sanctions against defendant,
4  included copies of the written discovery requests allegedly served on defendants nor has he
5  indicated the dates that he propounded discovery on defendants or what discovery he sought.  It
6  is impossible to determine if plaintiff did actually propound written discovery requests on
7  defendants and defendants failed to respond.

8        IT IS ORDERED that plaintiff's request for sanctions against defendants for
9  failing to respond to discovery requests is denied without prejudice to renewal at a later date.

11  DATED:  July 15, 2005.

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE