1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ZURI S. YOUNG,

11          Plaintiff,                    No. CIV S-03-2644 LKK CMK P

12       vs.

13   STRATTON, et al.,

14          Defendants.                   ORDER

15   _____/

16          On September 19, 2005, plaintiff filed a "notice of, and motion for discovery

17   pursuant to Fed. Rules. Civ. Pro. #34-37 and #30-33; deposition and discovery requested."  That

18   document was not served on defendants.  Plaintiff is advised that every document submitted to

19   the court for consideration must be served on defendants.  Fed. R. Civ. P. 5.  Documents not to

20   be served electronically are usually served by placing a copy in the U.S. mail.  If an attorney has

21   filed a document with the court on behalf of any defendants, then documents submitted by

22   plaintiff must be served on that attorney and not on the defendants.  Every document submitted

23   conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate

24   stating the date an accurate copy of the document was mailed to defendants or their attorney and

25   the address to which it was mailed.  See Local Rule 5-135(b) and (c).

26   /////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 19, 2005

2  "notice of, and motion for discovery pursuant to Fed. Rules. Civ. Pro. #34-37 and #30-33;

3  deposition and discovery requested" is denied without prejudice.  Plaintiff is cautioned that

4  failure to properly serve any documents subsequently filed in this action, and failure to include a

5  proper certificate of service with such filing, may result in a recommendation that this action be

6  dismissed.

7

8  DATED:   October 5, 2005.

9

10  **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE