1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Zuri S. Young

11            Plaintiff,                    No. CIV S-03-2644 LKK CMK P

12        vs.

13   G. Stratton, et. al.,

14            Defendants.

15   _____/            ORDER

16            On October 20, 2005, Plaintiff filed a document Defendants and this Court

17   construe as a motion for a protective order barring Defendants from deposing Plaintiff on October

18   27, 2005.  On October 21, 2005, Defendants filed their opposition to plaintiff's October 20, 2005

19   motion.

20            Plaintiff objects to defendants deposing him on four grounds: (1) he is housed in

21   Administrative Segregation; (2) he will be wearing prison attire; (3) he was not provided with

22   thirty-day notice of his deposition; and (4) notice was delivered personally instead of by mail.

23   Plaintiff states that he will appear at his deposition only if he is ordered to by the court.

24            Defendants intended to conduct plaintiff's deposition by video conference.

25   Defendants do not plan to videotape the deposition.  Instead, plaintiff's testimony will be

26   recorded by a certified court reporter.  (Def.'s Opp. at 2:11-13.)  Plaintiff's housing status has no

     bearing on the taking of his deposition.  Plaintiff was given timely notice of his deposition.  See

1   FED. R. CIV. P 30(b)(1).  Finally, service by personal delivery is an acceptable form of service.

2   See e.g., FED. R. CIV. P 4(e)(2).

3            IT IS ORDERED THAT Plaintiff is ordered to submit to the deposition, which has

4   been duly and timely noticed.

5   DATED:   October 26, 2005.

6

7   _____

8   **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26