IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZURI S. YOUNG,

     Plaintiff,                    No. CIV S-03-2644 LKK CMK P

     vs.

STRATTON, et al.,

     Defendants.          <u>ORDER</u>

_____/

On October 20, 2005, plaintiff filed a "motion for clarification by order of magistrate dated on October 5, 2005." That document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's October 20, 2005
2 "motion for clarification by order of magistrate dated on October 5, 2005" is denied without
3 prejudice.  Plaintiff is ordered to properly serve any documents subsequently filed in this action
4 and to include a proper certificate of service with such filing. Plaintiff is warned that failure to
5 comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

7 DATED: October 26, 2005.

                                                                 **CRAIG M. KELLISON**
                                                                 UNITED STATES MAGISTRATE JUDGE