1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Zuri S. Young

11            Plaintiff,                    No. CIV S-03-2644 LKK CMK P

12

13        vs.

14   Stratton, et al.,

15            Defendants.

16   _____/              ORDER

17            Plaintiff, who is proceeding without counsel and in forma pauperis, brings this

18   action pursuant to 42 U.S.C. § 1983.  On March 29, 2006, the court issued an order vacating the

19   July 26, 2006 trial date in this action but directed that "all other dates in the scheduling order

20   [will] remain the same."  Defendants seek an order vacating the dates for the pre-trial statements

21   and the pre-trial conference.

22            Good cause appearing, the court vacates the dates for the pre-trial statements and

23   the pre-trial conference.

24   ///

25   ///

26   ///

1          IT IS ORDERED that the entire scheduling order in this action is vacated, subject

2   to be reset upon disposition of defendants' motion for summary judgment.

3

4   DATED:   May 25, 2006.

5

6                                                    _____
                                            CRAIG M. KELLISON

7                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2